AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| PATENT HOLDER, LLC. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. **17-CV-23060-SCOLA** |
| Lone Wolf Distributors, Inc. and Lone Wolf R&D LLC. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lone Wolf Distributors, Inc.
106 Shannon Lane
Priest River, ID 83856

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Albert Bordas & Augusto Perera of ALBERT BORDAS, P.A.
5975 Sunset Drive, Suite 705
Miami, FL 33143 USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 14, 2017**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Ahlai Israel
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Patent Holder, LLC.<br><br>*Plaintiff(s)*<br>v.<br>Lone Wolf Distributors Inc.<br>Lone Wolf R&D LLC.<br><br>*Defendant(s)* | Civil Action No. **17-CV-23060-SCOLA** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Lone Wolf Distributors, Inc.
106 Shannon Lane
Priest River, ID 83856

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Albert Bordas & Augusto Perera of ALBERT BORDAS, P.A.
5975 Sunset Drive, Suite 705
Miami, FL 33143  USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  **August 14, 2017**

Steven M. Larimore
Clerk of Court

SUMMONS

s/Ahlai Israel
Deputy Clerk
U.S. District Courts